IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RICHARD EVERS,  §<br>　*Plaintiff,*  §<br> §<br>v.  §<br> §<br>NATIONWIDE GENERAL INSURANCE  §<br>COMPANY,  §<br>　*Defendant.*  § | CIVIL ACTION NO. 5:17-cv-604-XR |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Richard Evers ("Plaintiff") and Defendant Nationwide General Insurance Company ("Defendant") hereby files this Agreed Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff filed suit against Defendant related to an insurance claim for property damage.

2. Plaintiff and Defendant have since resolved their differences to their mutual satisfaction.

3. Plaintiff moves to dismiss the entire suit with prejudice. Defendant agrees to the dismissal.

4. This case is not a class action, and a receiver has not been appointed.

5. This dismissal is with prejudice. The parties will bear their own costs of suit.

Respectfully submitted,

/s/Derek L. Fadner  /s/ Patrick M. Kemp
James M. McClenny  Patrick M. Kemp
Texas Bar No. 24091857  Texas Bar No. 24043751
J. Zachary Moseley  pkemp@smsm.com
Texas Bar No. 24092863  Robert G. Wall
Derek L. Fadner  Texas Bar No. 24072411
Texas Bar No. 24100081  rwall@smsm.com
McClenny Moseley & Associates, PLLC  Segal McCambridge Singer & Mahoney
411 N. Sam Houston Pkwy E., Suite 200  100 Congress Avenue, Suite 800
Houston, Texas 77060  Austin, Texas 78701
(713) 334-6121  (512) 476-7834
(713) 322-5953 – Facsimile  (512) 476-7832 – Facsimile
james@mma-pllc.com
zach@mma-pllc.com  **ATTORNEYS FOR DEFENDANT**
derek@mma-pllc.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF on this the 26th day of February, 2019 to:

James M. McClenny
J. Zachary Moseley
Derek L. Fadner
McClenny Moseley & Associates, PLLC
411 N. Sam Houston Pkwy E., Suite 200
Houston, Texas 77060

/s/ Patrick M. Kemp
Patrick M. Kemp